# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Beckley

Date: 12/5/2019                                                                 Case Number 5:19-cv-00772

Case Style: Greenbrier Hotel Corporation vs. Goodman-Gable-Gould/Adjusters International

Type of hearing Motions Hearing

Before the honorable: 2517-Volk

Court Reporter Kathy Swinhart                                  Courtroom Deputy Kierstin Tudor

Attorney(s) for the Plaintiff or Government Christopher Pence & Richard Getty

Attorney(s) for the Defendant(s) Peter DeMasters

Law Clerk Eleanor Hurney                                       Probation Officer

## Trial Time

## Non-Trial Time

Motions hearing (without evidence). Type:

## Court Time

12:10 pm   to 12:30 pm
Total Court Time: 0 Hours 20 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 11:00 a.m.
Actual Start 12:10 p.m.

Parties present for motions hearing.
Counsel note appearances on the record.
Court summarizes pending motions.
Counsel respond re: status of motions and relevant matters.
Motions are argued by counsel.
Court takes motions under advisement and will issue a ruling by order at a later date.
Court recessed at 12:30 p.m.