UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

GREENBRIER HOTEL CORPORATION and
THE GREENBRIER SPORTING CLUB, INC. and
GREENBRIER SPORTING CLUB DEVELOPMENT COMPANY, INC. and
OLD WHITE CHARITIES, INC. and
OAKHURST CLUB LLC,

                Plaintiffs,

v.                                  CIVIL ACTION NO. 5:19-cv-00772
                                        LEAD ACTION

GOODMAN-GABLE-GOULD/ADJUSTERS INTERNATIONAL,

                Defendant.

and,

GREENBRIER HOTEL CORPORATION and
THE GREENBRIER SPORTING CLUB, INC. and
GREENBRIER SPORTING CLUB DEVELOPMENT COMPANY, INC. and
OLD WHITE CHARITIES, INC. and
OAKHURST CLUB LLC,

                Plaintiffs,

v.                                  CIVIL ACTION NO. 5:19-cv-00795
                                        CONSOLIDATED ACTION

GOODMAN-GABLE-GOULD/ADJUSTERS INTERNATIONAL,

                Defendant.

**ORDER**

The Court held a hearing on December 5, 2019, and heard argument on Plaintiffs' Rule 57 Motion for a Speedy Hearing [Doc. 27], Defendant's Response to Plaintiffs' Rule 57

Motion for a Speedy Hearing and Motion to Stay [Doc. 36], and Defendant's Motion to Reconsider Transfer of Case [Doc. 38]. Counsel Christopher D. Pence, of Hardy Pence, appeared for Plaintiffs and counsel Peter DeMasters, of Flaherty Sensabaugh & Bonasso, appeared for Defendant. Plaintiffs' counsel Richard Getty, of the Getty Law Group, was present by telephone.

Having reviewed the parties' filings and their respective arguments, the Court **TAKES UNDER ADVISEMENT** Plaintiffs' Rule 57 Motion for a Speedy Hearing [**Doc. 27**], Defendant's Response to Plaintiffs' Rule 57 Motion for a Speedy Hearing and Motion to Stay [**Doc. 36**], and Defendant's Motion to Reconsider Transfer of Case [**Doc. 38**]. A written order will issue addressing the pending motions and the parties' discovery obligations.

The Court directs the Clerk to transmit a copy of this Order to counsel of record.

ENTERED: December 6, 2019

Frank W. Volk
United States District Judge