IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**GREENBRIER HOTEL CORPORATION, et al.,**

      **Plaintiffs,**

**v.**                           **CIVIL ACTION NO. 5:19-cv-00772**
                                    **Honorable Thomas E. Johnston**

**GOODMAN-GABLE-GOULD/ADJUSTERS INTERNATIONAL,**

      **Defendant.**

## NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW the Defendant, Goodman-Gable-Gould/Adjusters International ("GGG" or "Defendant"), by counsel, and hereby requests that C. Jay Robbins, IV, Esq., be removed as counsel of record for GGG and removed from the service list in this action.

                                    **GOODMAN-GABLE-GOULD/
                                    ADJUSTERS INTERNATIONAL,**

                                    **By Counsel.**

                                    */s/ Morgan E. Villers*_____
                                    Morgan E. Villers, Esq. (WVSB #13481)
                                    Flaherty Sensabaugh Bonasso PLLC
                                    200 Capitol Street
                                    Post Office Box 3843
                                    Charleston, WV 25338-3843
                                    Tel: (304) 345-0200
                                    Fax: (304) 345-0260
                                    mvillers@flahertylegal.com

                                    and

                                    Peter T. DeMasters, Esq. (WVSB #7153)

1

                                            Flaherty Sensabaugh Bonasso PLLC
                                            48 Donley Street, Suite 501
                                            Morgantown, WV 26501
                                            Tel: (304) 598-0788
                                            Fax: (304) 598-0790
                                            pdemasters@flahertylegal.com