# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BECKLEY DIVISION

**GREENBRIER HOTEL CORPORATON,**
***ET AL.*,**

    **Plaintiffs,**

    **vs.**

**GOODMAN-GABLE-GOULD**
**/ADJUSTERS INTERNATIONAL,**

    **Defendant.**

**CASE NO. 5:19-CV-00772**

## O R D E R

By prior Order (ECF No. 128), the undersigned extended the briefing deadlines concerning the parties' pending motions to compel (ECF Nos. 103, 121). Since then, the Court has again been advised that the parties have made significant progress towards narrowing the scope of their discovery disputes and request that the Court to again extend the briefing deadlines by one week, as they are hopeful that the additional time may resolve all issues raised in their respective motions.

Accordingly, the Court hereby **ORDERS** the modified briefing deadlines as follows: any outstanding discovery matters shall be outlined in supplemental briefs filed by each side no later than February 23, 2021; responses thereto shall be filed no later than March 2, 2021. The Court will decide the outstanding matters based on these pleadings only.

The Clerk is requested to send a copy of this Order to all counsel of record.

**ENTER: February 16, 2021**.



Omar J. Aboulhosn
United States Magistrate Judge