IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WV

RE: GREENBRIER HOTEL CORPORATION, THE GREENBRIER SPORTING CLUB, INC., GREENBRIER SPORTING CLUB DEVELOPMENT COMPANY, INC., OLD WHITE CHARITIES, INC., and OAKHURST CLUB, LLC v. GOODMAN-GABLE-GOULD/ ADJUSTERS INTERNATIONAL
US District Court for the Southern District of WV, Beckley Division
Civil Action No. 5:19-CV-00772

## REPORT OF MEDIATOR

A Settlement Conference was held in the above-captioned matter on April 13, 2022, via remote video access. As a result of negotiations subsequent to the conference:

1. __X__ This case was settled.

2. _____ Additional mediation will take place in this case during the next several weeks, after which this form will be updated and resubmitted.

3. _____ This case was not settled, and it is my opinion that:

    (a) _____ The next step should be a Court-conducted status conference.

    (b) _____ The next step should be a Court-conducted settlement conference.

    (c) _____ This case should proceed in normal course.

4. Counsel for the parties and the parties have authorized the mediator to supplement this mediation by stating the following:

Mediator: /s/ Stephen J. Dalesio, Esq.    Date: April 15, 2022

*** Please mail this form to the appropriate Clerk's office.



**STEPHEN J. DALESIO, ESQUIRE**

(412)-559-8375
steve@dalesiolaw.com
P.O. Box 1115
Moon Township, PA 15108
dalesiolaw.com

April 15, 2022

<u>Via Regular U. S. Mail</u>

Rory L. Perry, II, Clerk
Robert C. Byrd U. S. Courthouse
P. O. Box 2456
Charleston, WV 25329

RE: **GREENBRIER HOTEL CORPORATION, THE GREENBRIER SPORTING CLUB, INC., GREENBRIER SPORTING CLUB DEVELOPMENT COMPANY, INC., OLD WHITE CHARITIES, INC., and OAKHURST CLUB, LLC v. GOODMAN-GABLE-GOULD/ ADJUSTERS INTERNATIONAL**
US District Court for the Southern District of WV, Beckley Division
Civil Action No. 5:19-CV-00772

Dear Mr. Perry:

On April 13, 2022, I served as a mediator for the above-referenced matter via remote video access. I am enclosing herewith for filing my Mediation Report. A copy of the same is being provided to Judge Thomas E. Johnston and to counsel of record.

Thank you.

Very truly yours,

*Stephen J. Dalesio*

Stephen J. Dalesio

SJD/mjm
Enclosure

cc: The Honorable Thomas E. Johnston (*via U.S. Mail, w/enc.*)

(*Via Electronic Mail, w/enc.*)

Cc: Peter T. DeMasters, Esq. (*PDeMasters@flahertylegal.com*)
Morgan E. Villers, Esq. (*MVillers@flahertylegal.com*)
Richard A. Getty, Esq. (*RGetty@gettylawgroup.com*)
C. Thomas Ezzell, Esq. (*TEzzell@gettylawgroup.com*)
Christopher D. Pence, Esq. (*CPence@hardypence.com*)