IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**GREENBRIER HOTEL CORPORATION, et al.,**

      **Plaintiffs,**

v.                          **CIVIL ACTION NO.**    **5:19-cv-00772**
                               **Honorable Thomas E. Johnston**

**GOODMAN-GABLE-GOULD/ADJUSTERS INTERNATIONAL,**

      **Defendant.**

## JOINT MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE

COME NOW Plaintiffs, Greenbrier Hotel Corporation, The Greenbrier Sporting Club, Inc., Greenbrier Sporting Club Development Company, Inc., Old White Charities, Inc., and Oakhurst Club, LLC, by counsel, and Defendant, Goodman-Gable-Gould/Adjusters International, by counsel, (collectively, "the Parties"), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and respectfully request that this Court dismiss with prejudice all claims which were or could have been asserted by the Parties in this action, and order that each Party shall bear their own costs and attorneys' fees incurred in connection with this action.

WHEREFORE, the Parties respectfully request this Court grant their Joint Motion.

*Prepared by:*

*/s/ Christopher D. Pence*
CHRISTOPHER D. PENCE
HARDY PENCE PLLC
#10 Hale Street, 4th Floor
Charleston, West Virginia 25301
Telephone: (304) 345-7250
Email: cpence@hardypence.com

RICHARD A GETTY
C. THOMAS EZZELL
THE GETTY LAW GROUP, PLLC
The Offices At City Center
100 West Main Street, Suite 200
Lexington, Kentucky 40507
Telephone: (859) 259-1900
Email: rgetty@gettylawgroup.com
Email: tezzell@gettylawgroup.com

COUNSEL FOR PLAINTIFFS

*Approved by:*

*/s/ Morgan E. Villers*
MORGAN E. VILLERS
FLAHERTY SENSABAUGH BONASSO PLLC
200 Capitol Street (25301)
P.O. Box 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200
Email: mvillers@flahertylegal.com

PETER T. DEMASTERS
FLAHERTY SENSABAUGH BONASSO PLLC
48 Donley Street, Suite 501
Morgantown, West Virginia 26501
Telephone: (304) 598-0788
Email: pdemasters@flahertylegal.com

COUNSEL FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**GREENBRIER HOTEL CORPORATION, et al.,**

      **Plaintiffs,**

v.                               **CIVIL ACTION NO.     5:19-cv-00772**
                                 **Honorable Thomas E. Johnston**

**GOODMAN-GABLE-GOULD/ADJUSTERS INTERNATIONAL,**

      **Defendant.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022, I electronically filed the foregoing ***Joint Motion To Dismiss All Claims With Prejudice*** with the Clerk of Court using the CM/ECF System, which will automatically send e-mail Notification of such filing to all counsel of record.

                                            */s/ Christopher D. Pence*
                                            CHRISTOPHER D. PENCE